U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #_____
DATE FILED: 10/19/2015

October 19, 2015

**BY CM/ECF AND FAX**

The application is ✓ granted
_____ denied

_____
Edgardo Ramos, U.S.D.J
Dated: __10/19/2015__
New York, New York

Honorable Edgardo Ramos
United States District Judge
United States Courthouse
500 Pearl St.
New York, NY 10007
Fax: 212-805-7943

Re:     United States v. Salvatore LoBuglio, 88 Cr. 919 (ER)

Dear Judge Ramos:

The Government's response to the above-captioned, pro se motion pursuant to Title 18, United States Code, Section 3582(c), was due to the Court on October 14, 2015. With sincere apologies to the Court, the Government inadvertently missed the October 14, 2015, filing deadline. Accordingly, the Government respectfully requests until October 23, 2015, to respond to the petitioner's motion.

This is the Government's first request for an extension of its filing deadline.

Respectfully submitted,

PREET BHARARA
United States Attorney

By:_____
     Jilan J. Kamal
     Assistant United States Attorney
     (212) 637-2192