# MARTIN GEDULDIG

ATTORNEY·AT·LAW

600 OLD COUNTRY ROAD
SUITE 320
GARDEN CITY, NEW YORK 11530

(516) 794-1219
(718) 343-8989
FAX (516) 228-3559
EMAIL geduldig@optonline.net

April 18 2016

Honorable Edgardo Ramos
United States District Court
40 Center Street
New York, New York 10007

Re: US vs. Salvatore LoBuglio
Docket No. 88 CA 919 (ER)

Dear Judge Ramos:

I was asked to review Salvatore LoBuglio's motion for a sentence reduction made pursuant to 18 USC sec. 3582 (c) (2) and Amendment 782 to the United States Sentencing Guidelines. My involvement with this case dates back to 1988. At that time I represented a co-defendant, Pino D'Amico, and sat next to Salvatore during the entire eleven week trial. Over the years I maintained contact with Sal, visited him at Devins Correctional Facility and have met his sons.

Sal has been in jail on this case for approximately 328 months. In his pro se motion, he relied heavily on the decision of Judge Jack B. Weinstein in Alli-Balogun vs. United States, 2015 US Dist. Lexis 92307 (EDNY, 2015). I do not mean to reargue Sal's application but do believe that if his 1988 case were tried today, he would likely receive a sentence of less than the 405 months he is presently serving.

Sal does not have much time left to live. He has grown extremely anxious about his motion and hopes the court will soon render its decision. Thank you for your consideration in this matter.

Yours truly,

Martin Geduldig

MG:jlr
cc: AUSA Jilian J. Kamal